STATE, *ex rel.* JOE SHELBY RILEY, v. WM. M. ROWLETT, of Tampa; THOS. W. HUTSON, of Miami; S. E. DRISKELL, of Jacksonville; JAMES E. CRUMP, of Winter Haven; H. A DAY, of Orlando; J. M. MANN, of Lake Butler; EUGENE G. PEEK, of Ocala; C. E. TUMLIN, of Miami; S. G HOLLINGSWORTH, of Bradenton; and J. D. RABORN, of Trenton.

170 So. 317.

Opinion Filed February 7, 1936.

*Elmer R. Jones,* for Relator;

*John W. Prunty,* for Respondents.

PER CURIAM.—In this case the record has been examined and the questions involved found to be identical with those raised in State of Florida, *ex rel.* Henry Sbordy, v. Wm. M. Rowlett, *et al.,* decided January 15, 1936. It follows that the Writ of Prohibition must be and is hereby awarded on authority of the opinion and judgment in the last mentioned case.

It is so ordered.

578

WHITFIELD, C. J., and TERRELL, BUFORD and DAVIS, J. J., concur.

BROWN, J., dissents.